1020

[Nos. 44809-2-II; 45032-1-II. Division Two. August 4, 2015.]

NANCY G. KISSNER ET AL, *as Executors, Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

ANNE D. HARRISON, *as Personal Representative Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

 by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 45411-4-II. Division Two. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN A. PHILLIPS, *Appellant*.

 by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 45487-4-II. Division Two. August 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOVIGILDO PEREZ GUTIERREZ JR., *Appellant*.

 by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.